# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br> Plaintiff, )<br>  )<br>vs. )<br>  )<br>JORGE ROLANDO FLORES, )<br>  )<br> Defendant. ) | 8:12CR70<br><br>ORDER |

This matter is before the court on the motions for an extension of time by defendant Jorge Rolando Flores (Flores) (Filing Nos. 141 and 145).  Flores seeks until July 23, 2012, in which to file pretrial motions in accordance with the progression order.  Flores has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 145).  Upon consideration, the motions will be granted.

**IT IS ORDERED:**

Defendant Flores' motions for an extension of time (Filing Nos. 141 and 145) are granted.  Flores is given until **on or before July 23, 2012,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motions, i.e., **the time between June 29, 2012, and July 23, 2012**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 29th day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge